IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNA DAGUANNO                                                                                      PLAINTIFF

VS.                                              3:12-CV-00239-BRW

UNITED STATES OF AMERICA                                                                      DEFENDANT

## ORDER

It appears that all proceedings in civil cases involving a United States Attorney are stayed until Congress restores appropriations to that office.[1] This civil case involves the United States Attorney for the Eastern District of Arkansas,[2] and Congress has not restored appropriations to that office.

Accordingly, the case is stayed and the settlement conference, trial scheduled to commence on Tuesday, October 15, 2013, and all pending deadlines are cancelled until further notice.

IT IS SO ORDERED this 7th day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Court's Exhibit 1, attached.

[2] *See* Doc. No. 5.

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**In Re:  Stay of Civil Proceedings in Cases Involving Attorneys Representing the United States of America**

## ADMINISTRATIVE ORDER

In response to a request from the United States Attorney for the Eastern District of Arkansas because of the lapse of appropriations, it is ordered that all proceedings in civil cases involving a United States Attorney are stayed until such time that Congress has restored appropriations to that Office.  This stay applies to all parties.  All current deadlines in civil cases affected by this Order shall be extended for a period of time commensurate with the duration of this stay.

It is further ordered that the United States Attorney shall forthwith notify the Court in writing when Congress has appropriated funding for that Office and the date upon which the Civil Division attorneys and employees will be able to resume their duties.

Dated this 4th day of October, 2013.

/s/ Brian S. Miller
BRIAN S. MILLER
CHIEF U.S. DISTRICT JUDGE