IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENNA DAGUANNO**                                                                                         **PLAINTIFF**

**VS.**                                                   **3:12-CV-00239-BRW**

**UNITED STATES OF AMERICA**                                                              **DEFENDANT**

## ORDER

I have heard the Federal Government is no longer "shut down," so this case is back on the docket. A new scheduling order will be entered shortly.

IT IS SO ORDERED this 17th day of October, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE