**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KENNA DAGUANNO**                                                                                     **PLAINTIFF**

**VS.**                                         **3:12-CV-00239-BRW**

**UNITED STATES OF AMERICA**                                                          **DEFENDANT**

## ORDER

    Plaintiff's Motion to Dismiss (Doc. No. 28) is GRANTED.  Accordingly, the case is

DISMISSED with prejudice.

    IT IS SO ORDERED this 14th day of March, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE